**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

UNITED STATES OF AMERICA

v.   DOCKET NO. 15–MJ-24-AJ

PEDRO PENA

**WAIVER OF SPEEDY TRIAL RIGHTS**

    I, Pedro Pena, waive my right to a speedy trial with respect to the above captioned case. I understand that under the U.S. Constitution, I possess the right to require that my trial be commenced with reasonable dispatch and not be unreasonably delayed from the time of my arrest.

    I understand that I am in no way obligated to sign this waiver. Further, I am executing this waiver of my right to a speedy trial Knowingly, intelligently, and voluntarily

Date: 8/8/15

_____
Pedro Pena

_____
Eduardo Masferrer