UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | |
| ) | No. 1:15-cr-  188-01-JD |
| PEDRO PENA ) | |

## INDICTMENT

The Grand Jury Charges:

### COUNT ONE
[Unlawful Distribution of 100 Grams or More of Heroin]
[21 U.S.C. § 841(b)(1)(B)(i)]

On or about March 13, 2015, in the District of New Hampshire, the defendant,

PEDRO PENA

did knowingly, intentionally and unlawfully distribute 100 grams or more of a mixture containing a detectable amount of heroin, a Schedule I controlled substance, in violation of 21 U.S.C. § 841(b)(1)(B)(i).

With respect to PEDRO PENA, the amount of controlled substances involved in the Count One attributable to him as a result of his own conduct, and the conduct of others reasonably foreseeable to him, is at least 100 grams or more of a mixture containing a detectable amount of heroin, in violation of 21 U.S.C. § 841(b)(1)(B)(i).

Dated:   October 21, 2015                           A TRUE BILL.

/s/ Foreperson
FOREPERSON


DONALD FEITH
Acting United States Attorney


By:    /s/ Jennifer C. Davis
       Jennifer Cole Davis
       Assistant U.S. Attorney