UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

United States of America

      v.                      Cr. No. 15-

Pedro Pena

## PRAECIPE FOR WARRANT

The Clerk of said Court will issue a warrant, an Indictment against the above-named defendant having been filed in the above-entitled cause on the 21st day of October, 2015.

This 21st day of October, 2015.

                                        DONALD FEITH
                                        Acting United States Attorney


                                        /s/ Jennifer C. Davis
                                        Jennifer C. Davis
                                        Assistant U.S. Attorney


WARRANT ISSUED: _____