AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

RECEIVED
U.S. MARSHAL
CONCORD, NH

2015 OCT 22 AM 10 22

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 15-cr-188-01-JD |
| | ) | |
| Pedro Pena | ) | |
| | ) | |
| *Defendant* | ) | |

2015 OCT 29 A  :40

U.S. DISTRICT COURT
DISTRICT OF NH
FILED

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Pedro Pena                                                                                                              ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Unlawful Distribution of 100 Grams or More of Heroin

Date: 10/22/2015

*Issuing officer's signature*

Jennifer L. Sachs, Deputy Clerk
*Printed name and title*

City and state:   Concord, New Hampshire

### Return

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: 10/26/15

*Arresting officer's signature*

C. Deuter  C. DUS
*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant