UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSSETS
CONCORD, NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> ) <br> ) <br> PEDRO PENA ) <br> ) | Criminal No. 1:15-cr-00188-JD-1 |

## ASSENTED TO MOTION TO CONTINUE

      Now comes the defendant in the above-entitled matter and moves this honorable court to continue Trial scheduled for January 05, 2016. As grounds therefore, Defense counsel and the government are finalizing a plea agreement to resolve the matter and are seeking additional time to finalize an agreement. The government assents to this motion. Given the parties current trial and vacation schedule, we jointly request a new trial date after the week of February 17, 2016. The defendant agrees to exclude the time under the Speedy Trial Act.

      Respectfully submitted,

      PEDRO PENA
      By his attorney

      /s/ Eduardo Masferrer
      Eduardo Masferrer
      Masferrer & Associates, P.C.
      BBO# 644623
      45 Bromfield Street, 5th Floor
      Boston, MA 02108
      (617) 531-0135

Date: December 01, 2015

CERTIFICATE OF SERVICE

      I, Eduardo Masferrer, do hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                              "s/ Eduardo Masferrer"
                                              Eduardo Masferrer