U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

JAN 8 2016

FILED

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

UNITED STATES OF AMERICA

v.

DOCKET NO. 15-~~MJ-24-AJ~~
CR-0188-JD

PEDRO PENA

## WAIVER OF SPEEDY TRIAL RIGHTS

I, Pedro Pena, waive my right to a speedy trial with respect to the above captioned case. I understand that under the U.S. Constitution, I possess the right to require that my trial be commenced with reasonable dispatch and not be unreasonably delayed from the time of my arrest.

I understand that I am in no way obligated to sign this waiver. Further, I am executing this waiver of my right to a speedy trial Knowingly, intelligently, and voluntarily

Date: ~~_____~~

1/8/16

_____
Pedro Pena

_____
Eduardo Masferrer