UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>) <br>)<br>)<br>PEDRO PENA )<br>) | Criminal No. 15-CR-00188-JD |

### ASSENTED TO MOTION TO ACCEPT LATE FILING OF SENTENCING MEMO

Now comes the defendant in the above-entitled matter and moves this Honorable Court to accept the filing of the Defendant's sentencing memo which was due on April 4th. The Defendant is filing the motion 4 days late as Counsel was in discussions with the Government about potential objections to the drug weight calculation and the parties were discussing the possibility of seeking a continuance of the sentencing hearing. Given that all the drug weight issues have been resolved, the Defendant is now able to file his sentencing memorandum and will be prepared to proceed on April 13th. The government has assented to this motion.

        Respectfully submitted,
        PEDRO PENA
        By his attorney

        /s/ Eduardo Masferrer
        Eduardo Masferrer
        Masferrer & Associates, P.C.
        BBO# 644623
        45 Bromfield Street, 5th Floor
        Boston, MA 02108
        (617) 531-0135

Date: April 8th , 2016

CERTIFICATE OF SERVICE

      I, Eduardo Masferrer, do hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

      "s/ Eduardo Masferrer"
      Eduardo Masferrer