Acknowledgment – Sentencing Options and Supervision Conditions

# UNITED STATES DISTRICT COURT
## District of New Hampshire

U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

APR -13 2016

FILED

UNITED STATES OF AMERICA

v.

**ACKNOWLEDGMENT**

Pedro Pena
Defendant

Case Number: 0102 1:15CR00188-1-JD

I, __Pedro Pena__, acknowledge that I have received, reviewed and understand the proposed Sentencing Options and Supervision Conditions filed by the U.S. Probation Office in this case.

Date: 4-13-16

_____
Defendant

_____
Defense Counsel

cc: Defendant
U.S. Attorney
U.S. Marshal
U.S. Probation
Defense Counsel

USDCNH-103 (10-14)