UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
55 PLEASANT STREET, ROOM 110
CONCORD, NEW HAMPSHIRE 03301-3941

OFFICIAL BUSINESS

Eduardo Masferrer, Esq.
Masferrer & Associates PC
6 Beacon St, Ste 815
Boston, MA 02108

U.S. POSTAGE >> PITNEY BOWES
ZIP 03301 $ 000.67⁵
02 4W
0000335127 APR 14 2016

U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE
MAY 17 2016
FILED

NIXIE    015    DE 1      0005/12/16
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
BC: 03301394135    *1184-05136-14-40